2003–1245.   Forest Park City v. Hamilton Cty. Bd. of Revision.
Board of Tax Appeals No. 2003–V–76.

[Cite as *08/29/2003 Case Announcements,* 2003-Ohio-4579.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*August 29, 2003*

## MOTION AND PROCEDURAL RULINGS

2000–1420.   Boggs v. Moovies, Inc.
Mahoning App. No. 98CA155. This cause is pending before the court as a discretionary appeal. On October 5, 2000, this court stayed further proceedings in this case and ordered appellants to file a notice with this court upon the termination of the automatic stay under the Bankruptcy Code.

IT IS ORDERED by the court, sua sponte, that appellants file a notice advising the court of the status of the bankruptcy case, within 15 days of the date of this entry.

2003–1401.   Estate of Harrold v. Collier.
Wayne App. No. 03CA0038. This cause is pending before the court as a discretionary appeal and a claimed appeal of right. Upon consideration of appellant's motion for stay of trial court decision,

IT IS ORDERED by the court that the motion for stay be, and hereby is, denied.